IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SOCORRO HERNANDEZ ANCHONDO,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:09-cv-330
CRIM. NO. 2:08-cr-0039(2)
JUDGE MARBLEY
MAGISTRATE JUDGE KEMP

## ORDER

Petitioner has failed a request to withdraw his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. §2255, stating that he no longer desires to adjudicate his §2255 petition. Doc. No. 156. Petitioner's request to withdraw his §2255 petition, Doc. No. 156, hereby is **GRANTED.**

The §2255 petition is **DISMISSED.**

**IT IS SO ORDERED.**

                                        s/Algenon L. Marbley
                                        ALGENON L. MARBLEY
                                        United States District Judge